UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SONDS,<br><br>              Petitioner,<br><br>     v.<br><br>R. PHILIP GUTIERREZ, et al.,<br><br>              Respondent. | No. CV 11-6600-SJO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) granting Respondent's motion to dismiss; (2) dismissing Petitioner's claims based on Incident Nos. 1949835 and 1989260 for lack of jurisdiction; (3) dismissing Petitioner's claims based on Incident Nos. 1949865, 1955125 and 1924557 for failure to exhaust administrative remedies; and (4) denying the petition and dismissing this action without prejudice.

May 3, 2013.

DATED: _____          _____
                                                                       S. JAMES OTERO
                                                             United States District Judge