UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SONDS,<br><br>    Petitioner,<br><br>  v.<br><br>R. PHILIP GUTIERREZ, et al.,<br><br>    Respondent. | No. CV 11-6600-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the (1) Respondent's motion to dismiss is granted; (2) Petitioner's claims based on Incident Nos. 1949835 and 1989260 for lack of jurisdiction are dismissed; (3) Petitioner's claims based on Incident Nos. 1949865, 1955125 and 1924557 for failure to exhaust administrative remedies are dismissed; and (4) the petition in this matter is denied and this action is dismissed without prejudice.

DATED: 6/6/13

S. JAMES OTERO
United States District Judge